UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Case Number: **15-CV-60483-Dimitrouleas/White**

_Timothy Gentry_
(Write the full name of the plaintiff)

vs.

_Armor Correctional Health, Inc._
_DR Papillon_
_Lt. Col. Keith Neely_

(Write the full name of the defendant/s in this case)

FILED BY __TE__ Deputy Clerk
**Mar 9, 2015**
STEVEN M. LARIMORE
CLERK U.S. DISTRICT CT.
S.D. OF FLA. Fort Lauderdale

Provided to
Blackwater River Correctional Facility
on 3/5/15 for mailing. CR
Initials

## COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

**I. Party Information**

A. Plaintiff: _Timothy William Gentry_

Address: _Blackwater River CF  5914 Jeff Ates Rd. Milton, FL, 32583_

Inmate/Prison No.: _I45147_  _(591300102) At Times of incidents_

Year of Birth: _1973_ (Do not include day or month, pursuant to Fed. R. Civ. P 5.2)

(Write your name, address and prison/inmate number, if applicable)

vs.

B. Defendant: _Lt. Col. Keith Neely_   Defendant: _Dr. Papillon_

Official Position: _Lt. Col_   Official Position: _Chief Health Officer_

Place of Employment: _Broward Co Main Jail_   Place of Employment: _Broward Co Main Jail_

(Write the full name of each defendant, official position and place of employment. Attach a separate page if you need additional space for additional defendants.)

- Defendant: Armor Correctional Health Services
Official Position: Provider
Place of employment: Broward Co Main Jail

## II. Statement of Claim

Briefly describe the facts of your case. Describe how each defendant is involved, names of other persons involved, and dates and pl aces. Each claim should be stat ed in a separately num bered paragraph. Please use short and plain statements, with separately numbered paragraphs indicating why the relief requested should be granted. Do not iclude legal arguments or cite cases or statutes. Attach additional pages, if necessary.

Defendant's ARmer Corr. Health Inc., Dr. Papillon, Lt. Col. Keith Neely, Each of them together and individually were deliberately indifferent to plaintiff's serious medical needs, By prescribing and dispensing drugs that the defendants knew or should have known the Plaintiff was allergic to, there by causing Plaintiff serious medical injuries, including but not Limited To: Anaphylactic Shock; Vomiting, bleeding, pain, diarrhea, deHydration. Moreover Defendants committed The state law Tort of Medical Negligence/malpractice. (To be argued under the courts supplemental jurisdiction)

## III. Relief Requested

Briefly state what you are requesting from the Court (what do you want the Court to do). Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

Actual damages from each defendant jointly, and severally, $100,000.

Punitive damages of $500,000 From each jointly, and severally.

Attorney's Fees, Costs, intrest on The judgment at the stautory rate.

_____

_____

## IV. Jury Demand

Are you demanding a jury trial?  √ Yes  ___ No

Signed this __25th__ day of __Feb__, 20_15_

_____
Signature of Plaintiff

I declare under penalty of perjury that the foregoing is truce and correct.

Executed on:_____

_____
Signature of Plaintiff

Timothy William Gentry
#5147
Jack Wat[...]
914 Jeff Ates Rd
Milton, FL 32583



Hasler
03/06/2015
US POSTAGE $02.87⁰

FIRST-CLASS MAIL

ZIP 32583
011D11646013

Clerk of Court
299 E. Broward Blvd. #108
Fort Lauderdale, FL. 33301

**LEGAL MAIL**

Legal Mail
Provided to Blackwater River Correctional Facility for mailing on 3/5/15 inmate

THIS MAIL ORIGINATED FROM A CORRECTIONAL FACILITY